

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
01/26/2016

| | |
|---|---|
| IN RE: | CASE NO. 10–34950 |
| Ronnie Major and Sandy Major | CHAPTER 13 |
| Debtor(s) | |

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*66* – Motion to Deposit Funds into Court Registry. Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 172.41
Owed to: GENESIS FINANCIAL SERVICES

Signed and Entered on Docket: 1/26/16.

by: <u>Kristy Love</u>
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.